UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-01783-SVW-RZx | Date | June 14, 2012 |
|---|---|---|---|
| Title | Deea Alobaid v. Eric Holder et al | | |

**JS-6**

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kane Tien | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re STATUS CONFERENCE [10] and STIPULATION TO DISMISS CASE [11]

     Pursuant to the parties Stipulation to Dismiss (Dkt. 11), the Court GRANTS the Stipulation, thereby dismissing the case with prejudice.  The Court VACATES the Status Conference (Dkt. 10) hearing on July 9, 2012.

|  | : |
|---|---|
| Initials of Preparer | KTI |